■ In the Matter of MICHAEL J. MIMASSI, Appellant, v TOWN OF WHITESTOWN ZONING BOARD OF APPEALS, Respondent. (Appeal No. 1.) [960 NYS2d 921]—

■ In the Matter of MICHAEL J. MIMASSI, Appellant, v TOWN OF WHITESTOWN ZONING BOARD OF APPEALS, Respondent. (Appeal No. 2.) [961 NYS2d 354]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (Norman I. Siegel, A.J.), entered July 19, 2012 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously vacated without costs.

Same memorandum as in *Matter of Mimassi v Town of Whitestown Zoning Bd. of Appeals* (104 AD3d 1280 [2013]). Present—Scudder, P.J., Centra, Lindley, Sconiers and Martoche, JJ.